# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

December 9, 2011

**Before**

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 10-1193

| | |
|---|---|
| LISA M. GRACZYK, et al.,<br>            *Plaintiffs-Appellants*,<br><br>       *v.*<br><br>WEST PUBLISHING COMPANY,<br>            *Defendant-Appellee.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:09-cv-04760<br><br>Robert W. Gettleman,<br>*Judge*. |

**O R D E R**

On consideration of the petition for rehearing and petition for rehearing en banc filed by Plaintiffs-Appellants on November 14, 2011, all members of the original panel have voted to deny the petition for rehearing.  No judge in regular active service requested a vote on the petition for rehearing en banc.

Accordingly, the petition is **DENIED**.